WATKINS *v.* NEW YORK CENT. & H. R. R. CO.

*(Superior Court of New York City, General Term.* May 7, 1888.)

Case submitted on agreed statement.

Argued before SEDGWICK, C. J., and FREEDMAN and O'GORMAN, JJ.

*Frederick Hemming,* for plaintiff.    *H. E. Kenney,* for defendant.

PER CURIAM. There should be judgment for defendant, with costs.

---

WUESTHOFF *et al. v.* NEW YORK LIFE INS. CO.

*(Superior Court of New York City, General Term.* May 7, 1888.)

Appeal from jury term.

Action by Bertha Wuesthoff and others, by their guardian, and Emma Wuesthoff, against the New York Life Insurance Company. The complaint was dismissed, and plaintiffs appeal.

Argued before SEDGWICK, C. J., and FREEDMAN and O'GORMAN, JJ.

*Charles B. Meyer,* for appellants.    *William B. Hornblower,* for respondent.

PER CURIAM. The decision by the court of appeals of the case of these plaintiffs against the Germania Insurance Company (14 N. E. Rep. 811) requires that the judgment below should be reversed, and a new trial ordered, with costs to abide the event.

---

HALL *v.* ARMANDO.

*(Common Pleas of New York City and County, General Term.* May 7, 1888.)

*M. Bogersderfer,* for appellant.    *M. Mehling,* for respondent.

PER CURIAM. The action in the Fourth district court being for the claim and delivery of personal property, the counter-claim for work, labor, and services was properly disregarded, as another action can be brought for that counter-claim. We cannot see that any error was committed by the justice in the trial, and the judgment should therefore be affirmed, with costs.

---

LAMBERT *v.* MONTGOMERY *et al.*

*(Common Pleas of New York City and County, General Term.* May 7, 1888.)

Appeal from Third district court.

*T. H. Barowski,* for appellants.    *A. J. Perry,* for respondent.

PER CURIAM. The evidence in this case is very contradictory, and it is also much confused. We have carefully examined it, and also the briefs of counsel on both sides. We cannot say the judge who tried the case erred in giving greater weight to the testimony offered by the plaintiff; but it is apparent to us that, in arriving at that amount, he overlooked some of the items making in defendants' favor, and, for that reason, gave judgment for an amount larger than the plaintiff is entitled to. The judgment should be modified by reducing it to $70.70, and as modified affirmed, without costs to either party as against the other.

---

JONES *v.* MAYOR, ETC., OF THE CITY OF NEW YORK.

*(Common Pleas of New York City and County, General Term.* May 14, 1888.)

*Alex. Thain,* for appellant.    *H. R. Beekman,* for respondent.

PER CURIAM. We think that the judge would have been warranted in dismissing the complaint—*First,* on the ground that there was no certificate; and,